UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEE BUSINESS GROUP, INC., <br> Plaintiff, <br> v. <br> PAUL REEDER, et al., <br> Defendants. | Case No.: 19cv939-LAB (NLS) <br><br> **ORDER OF REMAND; AND** <br><br> **ORDER FORBIDDING DEFENDANTS FROM REMOVING THIS ACTION** |

Defendant Paul Reeder has removed this unlawful detainer action twice before. In case 19cv778-AJB (JLB) and in case 19cv835-AJB (JLB), Judge Anthony Battaglia *sua sponte* remanded it for lack of jurisdiction. In both cases, Judge Battaglia issued substantial, reasoned orders, explaining in detail why jurisdiction was lacking and why removal was improper.

Mr. Reeder has no reason to believe that removal is permitted, and it appears he is using removal improperly, in order to create delay and impose burdens and costs on Plaintiff. Furthermore, in his motion to proceed *in forma pauperis* he inaccurately said he had not presented his claims in other lawsuits.

Defendants Paul Reeder and Classie Reeder are **ORDERED** not to remove or attempt to remove this action again. If they do, they will be subject to sanctions or contempt proceedings.

| | |
|---|---|
| 1 | This action is **REMANDED** to the Superior Court of California for the County |
| 2 | of San Diego. Reeder's motion to proceed *in forma pauperis* is **DENIED AS** |
| 3 | **MOOT**. |
| 4 | |
| 5 | **IT IS SO ORDERED**. |
| 6 | Dated: May 20, 2019 |

_____
Hon. Larry Alan Burns
Chief United States District Judge